UNITED STATES of America, Plaintiff–Appellee,

v.

**Ricardo GARCIA–ABARCA, a.k.a. Ricardo Garcia, Defendant– Appellant.**

**United States of America, Plaintiff–Appellee,**

v.

**Ricardo Garcia–Abarca, Defendant– Appellant.**

Nos. 12–15193, 12–15194 Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 7, 2013.

Patricia D. Barksdale, Arnold B. Corsmeier, Michael F. Gallagher, U.S. Attorney's Office, Jacksonville, FL, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

Roland Falcon, counsel for Ricardo Garcia–Abarca in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a

brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Garcia–Abarca's conviction and sentence, along with the revocation of his supervised release and corresponding sentence, are **AFFIRMED.**